FILED ☒   LODGED ___
RECEIVED ___   COPY ___

MAY 24 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  <br>  Plaintiff,  <br> vs.  <br> Bruce Elden Petersen,  <br>  Defendant. | CR 99-858-3-PHX-SMM  <br><br> **ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 23, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 23rd day of May, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge